ACCEPTED
05-19-00746-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/24/2019 11:27 AM
LISA MATZ
CLERK

## CAUSE NO. DC-17-11998

| | | |
|---|---|---|
| **HIGHWAY SALES, INC.,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **DALLAS CENTRAL APPRAISAL** | § | |
| **DISTRICT,** | § | |
| | § | |
| **Defendant.** | § | **44th JUDICIAL DISTRICT** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/24/2019 11:27:36 AM
LISA MATZ
Clerk

## DEFENDANTS' NOTICE OF APPEAL

Defendant Dallas Central Appraisal District hereby gives notice of its desire to pursue an appeal in the above-entitled and numbered cause to the Court of Appeals for the Fifth District of Texas at Dallas, from the trial court's June 2, 2019 Order Granting Plaintiff's Motion for Summary Judgment.

This notice of appeal is filed within thirty (30) days of the trial court's June 2, 2019 Order Granting Plaintiff's Motion for Summary Judgment and a copy of the notice is being delivered to the appropriate appellate court on this date. TEX. R. APP. P. 26.1. This is not an accelerated appeal.

WHEREFORE, PREMISES CONSIDERED, Defendant Dallas Central Appraisal District prays that this Court take notice of its appeal and for any and all other relief to which it is entitled in law or equity.

Respectfully submitted,

**NICHOLS, JACKSON, DILLARD,
   HAGER & SMITH, L.L.P.**

By:     */s/ Braden W. Metcalf*
       Peter G. Smith
       Bar Card No. 18664300
       psmith@njdhs.com
       Braden W. Metcalf
       Bar Card No. 24055969
       bmetcalf@njdhs.com
       500 North Akard
       Suite 1800
       Dallas, Texas 75201
       (214) 965-9900
       (214) 965-0010 FAX

**ATTORNEYS FOR DEFENDANT
DALLAS CENTRAL APPRAISAL DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, a true and correct copy of the foregoing document was served on Plaintiff's attorney of record in accordance with the Texas Rule of Appellate Procedure 25.1(e), via electronic service.

      */s/ Braden W. Metcalf*
      Braden W. Metcalf